DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PEDRO MARAVILLA-GIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00274 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date: October 12, 2010 |
| PEDRO MARAVILLA-GIL, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, IAN GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Pedro Maravilla-Gil, that the date for status conference in this matter may be continued to October 12, 2010, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is September 13, 2010. The requested new date is October 12, 2010.**

This continuance is requested to allow time for the completion of a pre-plea advisory presentence investigation report and for the consideration of an anticipated plea offer.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation and the completion of plea negotiations pursuant to 18 U.S.C. § 3161(h)(7)(A). For this reason, the ends of justice served by the granting of the requested continuance

outweigh the interests of the public and the defendant in a speedy trial.

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: September 9, 2010          By /s/ Ian Garriques
                                              IAN GARRIQUES
                                              Assistant United States Attorney
                                              Attorney for Plaintiff


                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: September 9, 2010          By /s/ Eric V. Kersten
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              PEDRO MARAVILLA-GIL



## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).


IT IS SO ORDERED.

Dated:   September 9, 2010

                                                 CHIEF UNITED STATES DISTRICT JUDGE